UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.    )<br>)<br>WILLIAM MARK CATALDO,    )<br>)<br>Defendant.    )<br>) | Criminal No. 10-10177-NMG |

REPORT AND RECOMMENDATION
ON DEFENDANT'S § 2255 MOTION

April 12, 2013

SOROKIN, C.M.J.

The Court sentenced petitioner William Cataldo on July 14, 2011 to ninety-five months imprisonment. Doc. No. 52. The United States Court of Appeals for the First Circuit affirmed his sentence on August 13, 2012, Doc. No. 97, and his conviction became final on November 11, 2012, upon the expiration of the period for him to seek certiorari review of the First Circuit's decision. See Clay v. United States, 537 U.S. 522, 527 (2003); Sup. Ct. R. 13(1).

On June 8, 2012, before his conviction became final and within one year of his sentencing, Cataldo filed a motion pursuant to 28 U.S.C. § 2255 asking the Court to vacate his sentence and to impose a new revised sentence. Doc. No. 91. As grounds therefor, Cataldo asserts that the Massachusetts state court has vacated one of his prior state convictions, albeit after his federal sentencing. Id. at 2. This conviction originally resulted in Cataldo receiving one criminal history point for purposes of the United States Sentencing Guidelines, moving him from Criminal History Category III to Criminal History Category IV. The government "agrees that Cataldo's prior sentence must be reconsidered, but disagrees that re-sentencing is necessary,"

*Report and Recommendation accepted and adopted; a hearing on defendants' re-sentencing will be held on Thursday July 18, 2013, at 11:00 A.m.*

*/s/ NM Gorton, USDJ 5/28/13*